UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JENNIFER COTTON,**<br>     Plaintiff,<br><br>vs.<br><br>**MRS ASSOCIATES, INC.; and DOES 1 through 10, inclusive,**<br>     Defendants. | Civil Action No.:<br>**3:13-cv-02390-RGJ-KLH** |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff JENNIFER COTTON (hereinafter "Plaintiff"), by and through her attorneys, Law Office of Nicholas M. Graphia, LLC, hereby voluntarily dismisses the above-entitled case without prejudice.

DATED: August 23, 2013

RESPECTFULLY SUBMITTED,

By: /s/ Nicholas M. Graphia
Nicholas M. Graphia (Bar No. 33159)
Law Office of Nicholas M. Graphia, LLC
767 Florence Street
Baton Rouge, LA 70806
Tel: (225) 366-8618; Fax: (888) 909-6892
nicholas.graphia.law@gmail.com
*Attorneys for Plaintiff,*
*Jennifer Cotton*